UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CYNTHIA R. BAKER,

    Plaintiff,                                Case No. 3:19-cv-319

vs.

COMMISSIONER OF THE SOCIAL       District Judge Michael J. Newman
SECURITY ADMINISTRATION,            Magistrate Judge Sharon L. Ovington

    Defendant.

**ORDER (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 14); (2) AFFIRMING THE COMMISSIONER'S NON-DISABILITY FINDING; AND (3) TERMINATING THIS CASE ON THE DOCKET**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Sharon L. Ovington (doc. no. 14), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (doc. no. 2) in its entirety; (2) **AFFIRMS** the Commissioner's non-disability finding; and (3) **TERMINATES** this case on the docket.

    **IT IS SO ORDERED.**


March 18, 2021                                             s/ Michael J. Newman
                                                           Hon. Michael J. Newman
                                                           United States District Judge